UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Diane Turner,<br>   Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>15-12372/SR |
| Nationstar Mortgage LLC as servicer for The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3,<br>   Movant,<br>v.<br><br>Diane Turner,<br>  Respondent/Debtor,<br><br>Frederick L. Reigle<br>  Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

 Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3's Motion for Relief from the Automatic Stay filed with the Court on August 4, 2016.

            Respectfully submitted,

Dated:  January 5, 2017       BY:/s/ Kevin S. Frankel
                  Kevin S. Frankel, Esquire
                  Shapiro & DeNardo, LLC
                  3600 Horizon Drive, Suite 150
                  King of Prussia, PA 19406
                  (610)278-6800/ fax (847) 954-4809
S&D File #:15-048198       PA BAR ID #318323
                  pabk@logs.com