# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diane Turner,<br>　　　　Debtor(s) | Chapter 13 |
| The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3,<br>　　　　Movant, | Case No.: 15-12372-sr |
| Diane Turner,<br>　　　　Debtor(s) / Respondent(s)<br><br>and<br>Frederick L. Reigle,<br>　　　　Trustee / Respondent | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE LOAN MODIFICATION

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 17, 2017, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 5, 2017.

　　　　It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED:  February 7, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
　/s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant