```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 15-12372-sr
Diane Turner                                                        Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR                 Page 1 of 3                  Date Rcvd: Feb 15, 2017
                              Form ID: pdf900              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
db             +Diane Turner,    1060 Redtail Road,    Audubon, PA 19403-1841
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                 PO Box 619096,    Dallas, TX   75261-9741)
cr             +Nationstar Mortgage LLC, et al,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
cr             +The Bank of New York Mellon,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
13513941        ACS,   PO BOX78208,    Phoenix, AZ 85062-8208
13513942        ACS,   PO Box,   Phoenix, AZ 85062-8208
13614089       +BANK OF AMERICA, N.A.,    c/o JOSEPH PATRICK SCHALK,    Phelan Hallinan, LLP,
                 1617 JOHN F. KENNEDY BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
13513945        Bank of America,    PO Box15227,   Wilmington, DE 19886-5227
13505079       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13505080       +Citizens Bank,    1 Citizens Dr,   Riverside, RI 02915-3000
13505092       +Citizens Bank,    101 W Main Street,   Norristown, Pa 19401-4715
13505081       +Comenity Bank/lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
13543250       +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13505082       #+Discover Bank,    Michael J. Dougherty,    Weltman, Weinberg & Reis CO,
                 325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
13505083       +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
13513955        IRS,   chestnut street,    Phila, PA
13513958       +Myron Turner,    1060 Redtail Rd,   Audubon, PA 19403-1841
13513959        Myron Turner,    1960 Redtail Rd,   Audubon, PA 19403
13513960        Nationstar,    PO Box 650783,   Dallas, TX 75265-0783
13513962        Norstrom Visa,    PO BOX79137,   Phoenix, AZ 85062-9137
13513963       +Northwestern Mutual Life insurance,     720 East Wisconsin Avenue,    Milwaukee, WI 53202-4703
13505088       +Rentoncoll,    Po Box 272,   Renton, WA 98057-0272
13505089        Russell Bono, Sheriff,    County of Montgomery County Courthouse,     P.O. Box 311,
                 Norristown, PA 19404-0311
13513968       +SLS,   8742 Lucent Bolevard,    Suite 300,   Highlands Ranch, CO 80129-2386
13508431       +SLS,   8742 Lucent Boulevard, Suite 300,    Highlands Ranch, CO 80129-2386
13505090       +Shapiro & DeNardo, LLC,    The Bank of New York Mellon, as Trystee,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13505091       +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
13516647       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13602547       +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     BANK OF AMERICA, N.A.,    P.O. BOX 5170,
                 SIMI VALLEY, CA 93062-5170
13770599       +The Bank of New York Mellon,,    C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
13839396       +Thomas Puleo,    KML Law Group P.C.,    c/o The Bank of New York,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
13513970        Vanguard,    100 drive,   King Of Prussia, PA 19403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 16 2017 02:32:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2017 02:31:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2017 02:32:32      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13505078       +E-mail/Text: bkr@cardworks.com Feb 16 2017 02:31:35      Advanta Bank Corp/cws,    Po Box 31032,
                 Tampa, FL 33631-3032
13516533       +E-mail/Text: ebn@squaretwofinancial.com Feb 16 2017 02:32:32      CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,   Denver, CO 80237-3485
13511365        E-mail/Text: mrdiscen@discover.com Feb 16 2017 02:31:38      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
13508113       +E-mail/Text: joep@fmfcu.org Feb 16 2017 02:31:54      Franklin Mint FCU,    Mercy Suburban,
                 2701 Dekalb,    Norristown, PA 19401-1820
13550136       +E-mail/Text: cio.bncmail@irs.gov Feb 16 2017 02:31:45      Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
13505084       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Feb 16 2017 02:32:20      Marriott Ownership,
                 1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
13505086       +E-mail/Text: bnc@nordstrom.com Feb 16 2017 02:31:44      Nordstrom FSB,
                 Attention: Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
13505087        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2017 02:45:53
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 3                    Date Rcvd: Feb 15, 2017
                              Form ID: pdf900           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13603483           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2017 02:45:43
                    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13539836          +E-mail/Text: bncmail@w-legal.com Feb 16 2017 02:32:25      The Bank of New York Mellon,
                    C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 13

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13513950           Discover,    unknown,    unknown, PA
13513954           IRS,    unknown,    Phila, PA
13513957           MBNA,    unknown,    unknown, PA 19454
13508829           Name,Address1,Address2,Address3,City,State,Zip,    Advanta Bank Corp/cws,Po Box 31032,,,Tam,
                    Bank of America,Attn: Correspondence Uni,    Citizens Bank,1 Citizens Dr,,,Riverside,,
                    Citizens Bank,101 W Main Street,,,Norris,    Comenity Bank/lnbryant,4590 E Broad St,,
13513946           citibank,    unknown,    unkown, PA
13513943*         +Advanta Bank Corp/cws,    Po Box 31032,    Tampa, FL 33631-3032
13513944*         +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                    Simi Valley, CA 93062-5170
13513947*         +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13513948*         +Citizens Bank,    101 W Main Street,    Norristown, PA 19401-4715
13513949*         +Comenity Bank/lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
13513951*         +Discover Bank,    Michael J. Dougherty,    Weltman, Weinberg & Reis CO,
                    325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
13513952*         +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13513953*         +Franklin Mint FCU,    Mercy Suburban,    2701 Dekalb,    Norristown, PA 19401-1820
13513956*         +Marriott Ownership,    1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
13505085*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                   (address filed with court: Nationstar Mortgage LLC,      Attn: Bankruptcy,    350 Highland Dr,
                    Lewisville, TX 75067)
13513961*         +Nordstrom FSB,    Attention: Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
13513964*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery,      Attn: Bankruptcy,    Po Box 41067,
                    Norfolk, VA 23541)
13513965*         +Rentoncoll,    Po Box 272,    Renton, WA 98057-0272
13513966*          Russell Bono, Sheriff,    County of Montgomery County Courthouse,    P.O. Box 311,
                    Norristown, PA 19404-0311
13513967*         +Shapiro & DeNardo, LLC,    The Bank of New York Mellon, as Trystee,
                    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13513969*         +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd.  Suite 300,
                    Highlands Ranch, CO 80129-2386
                                                                                             TOTALS: 5, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States on behalf of Internal Revenue Service
               anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov
```

```
District/off: 0313-2          User: DonnaR              Page 3 of 3              Date Rcvd: Feb 15, 2017
                              Form ID: pdf900           Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        CHARLENE KELLER FULLMER    on behalf of Creditor    United States on behalf of Internal Revenue Service Charlene.Fullmer@usdoj.gov, deshayla.avant@usdoj.gov
        DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com, DanS@w-legal.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JENNIFER ROSE GORCHOW    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
        JENNIFER ROSE GORCHOW    on behalf of Defendant    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
        JENNIFER ROSE GORCHOW    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York et al. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York et al. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
        KYLE LAMAR BISHOP    on behalf of Defendant    UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov, eastern.taxcivil@usdoj.gov
        KYLE LAMAR BISHOP    on behalf of Creditor    United States on behalf of Internal Revenue Service kyle.l.bishop@usdoj.gov, eastern.taxcivil@usdoj.gov
        MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork, etal paeb@fedphe.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WAVERLEY  MADDEN    on behalf of Debtor Diane  Turner bankruptcy@wmaddenlaw.com
        WAVERLEY  MADDEN    on behalf of Plaintiff Diane  Turner bankruptcy@wmaddenlaw.com

                                                                                                              TOTAL: 24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                             :

DIANE TURNER
                                                   : Bankruptcy No. 15-12372SR
    Debtor(s)                                      : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: February 15, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

WAVERLEY MADDEN ESQ
100 S BROAD STREET   SUITE 1355
PHILADELPHIA PA 19110-

DIANE TURNER
1060 REDTAIL ROAD
AUDUBON,PA.19403