## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Debtor. | : | Case No. 15-12372-sr |

### MOTION TO RECONSIDER DISMISSAL AND REINSTATEMENT OF BANKRUPTCY AND MODIFICATION OF CHAPTER 13 PLAN POST-CONFIRMATION PURSUANT TO 11 USC §1329 AND FED. R. BANKR. P. 7052

Debtor Diane Turner (hereinafter "Mrs. Turner"), through her undersigned counsel, Waverley Madden, files this Motion to Reconsider Dismissal and Reinstatement of her Bankruptcy, and/or to Modify her Chapter 13 Plan pursuant to 11 USC § 1329 and Fed. R. Bankr. P. 7052.  This request for relief stems from this Court's February 14, 2017 Order dismissing her Bankruptcy Case for failure to make the required Trustee payments.  In support of this motion, Mrs. Turner states as follows:

1. On April 7, 2015, Mrs. Turner filed a Chapter 7 bankruptcy in the United States Bankruptcy Court for the Eastern District of Pennsylvania under case number 15-12372.

2. Mrs. Turner recently underwent a medical procedure and is out on disability until the end of March, 2017.

3. Because of her temporary inability to work, she fell behind on her Trustee payments.

4. It has been difficult for the undersigned to obtain proper direction from Mrs. Turner regarding the direction of her case because she is recovering.

5. However, she has requested to have her case reopened and to catch up on her past due Trustee Payments.

6. Mrs. Turner will be able to catch up on her past due payments before the second week of April.

7. Further, there was an issue with undelivered money orders that Mrs. Turner informed the undersigned was under investigation and should be resolved in the very near future.

8. Mrs. Turner also seeks consent to Modify her Chapter 13 plan should the missing money order issue not resolve as swiftly as she was advised.

**WHEREFORE**, Mrs. Turner respectfully requests that this Court grant this motion and any other relief as is just and proper.

**Respectfully Submitted,**

DATE: February 24, 2017            /s/Waverley Madden
WAVERLEY MADDEN, ESQUIRE
100 S. Broad Street, Suite 1355
Philadelphia, PA 19110
Telephone: (215) 525-0150
Facsimile: (215) 525-0151
Email: maddenlaw@outlook.com