# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Diane Turner
        Bankruptcy No. 15-12372
        Adversary No.
        Chapter          13

                                                Date:   February 27, 2017

To:

            Waverley Madden


## <u>NOTICE OF INACCURATE FILING</u>

            Re:  Motion to Reinstate

The above pleading was filed in this office on 02/24/2017.  Please be advised that the following
document(s) filed contains a deficiency as set forth below:


            ()       Debtor's name does not match case number listed
            ()       Debtor's name and/or case number (is) are missing
            ()       Wrong PDF document attached
            ()       PDF document  not legible
            ()       Notice of Motion/Objection
            ()       Electronic Signature missing
            **(X)**      Other:  **NO PROPOSED ORDER OR NOTICE OF HEARING**


In order for this matter to proceed, please submit the above noted correction within fourteen (14) days
from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail
address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.


                                        Timothy B. McGrath
                                        Clerk



                                        By:  Donna Rockeymore
                                        Deputy Clerk


CM-ECF 14 day notice.frm
4/30/04