## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Debtor. | : | Case No. 15-12372-sr |

### CONSENT ORDER GRANTING MOTION TO RECONSIDER DISMISSAL

This matter comes before the Court upon the Debtor's Motion to Reconsider Dismissal and Reinstatement of her Bankruptcy, and/or to Modify her Chapter 13 Plan pursuant to 11 USC § 1329 and Fed. R. Bankr. P. 7052.  The Trustee filed an Objection to the Motion.  No other parties in interest have objected to the relief.

Since that time, however, the debtor has paid all funds to the Trustee to bring the Chapter 13 case current, the Trustee has verified the receipt of these funds, and the debtor verifies by signature(s) below that all the following requirements have been met:

1. Debtor has not previously filed a Motion to Reconsider Dismissal.
2. The case WAS NOT dismissed with prejudice.

**NOW, THEREFORE**, upon the consents of the parties, as indicated by their signatures below,

**IT IS HEREBY ORDERED** that relief is granted, and the case is reinstated

as of the date of entry of this Order.


**AND IT IS SO ORDERED. WE SO CONSENT:**

_____    _____
Waverley L. Madden, Esq.    Frederick L. Reigle, Esq.
100 S. Broad Street, Suite 1355    c/o Polly A. Langdon, Esq.
Philadelphia, PA 19110    Standing Chapter 13 Trustee
Phone: 215-525-0150    2901 St. Lawrence Avenue
Fax: 215-525-0151    P. O. Box 4010
maddenlaw@outlook.com    Reading, PA 19606
    Email: info@fredreiglech13.com


**BY THE COURT:**

_____    **March 23, 2017**
Stephen Raslavich,    _____
Bankruptcy Court Judge    Date