United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-12372-sr
Diane Turner                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: DonnaR            Page 1 of 3            Date Rcvd: Mar 23, 2017
                               Form ID: pdf900         Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2017.
```
db          +Diane Turner,   1060 Redtail Road,   Audubon, PA 19403-1841
cr          +BANK OF AMERICA, N.A.,   2380 Performance Dr.,   Richardson, TX 75082-4333
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage, LLC,   Attn: Bankruptcy Department,
              PO Box 619096,   Dallas, TX  75261-9741)
cr          +Nationstar Mortgage LLC, et al,   c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
             3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
cr          +The Bank of New York Mellon,   ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
             P.O. Box 17933,   San Diego, CA 92177-7921
13513941     ACS,   PO BOX78208,   Phoenix, AZ 85062-8208
13513942     ACS,   PO Box,   Phoenix, AZ 85062-8208
13614089    +BANK OF AMERICA, N.A.,   c/o JOSEPH PATRICK SCHALK,   Phelan Hallinan, LLP,
             1617 JOHN F. KENNEDY BLVD. SUITE 1400,   PHILADELPHIA, PA 19103-1814
13513945     Bank of America,   PO Box15227,   Wilmington, DE 19886-5227
13505079    +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
             Simi Valley, CA 93062-5170
13505080    +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
13505092    +Citizens Bank,   101 W Main Street,   Norristown, Pa 19401-4715
13505081    +Comenity Bank/lnbryant,   4590 E Broad St,   Columbus, OH 43213-1301
13543250    +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
             Mason, OH 45040-8053
13505082    #+Discover Bank,   Michael J. Dougherty,   Weltman, Weinberg & Reis CO,
             325 Chestnut Street, Suite 501,   Philadelphia, PA 19106-2605
13505083    +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
13513955     IRS,   chestnut street,   Phila, PA
13513958    +Myron Turner,   1060 Redtail Rd,   Audubon, PA 19403-1841
13513959     Myron Turner,   1960 Redtail Rd,   Audubon, PA 19403
13513960     Nationstar,   PO Box 650783,   Dallas, TX 75265-0783
13513962     Norstrom Visa,   PO BOX79137,   Phoenix, AZ 85062-9137
13513963    +Northwestern Mutual Life insurance,   720 East Wisconsin Avenue,   Milwaukee, WI 53202-4703
13505088    +Rentoncoll,   Po Box 272,   Renton, WA 98057-0272
13505089     Russell Bono, Sheriff,   County of Montgomery County Courthouse,   P.O. Box 311,
             Norristown, PA 19404-0311
13513968    +SLS,   8742 Lucent Bolevard,   Suite 300,   Highlands Ranch, CO 80129-2386
13508431    +SLS,   8742 Lucent Boulevard, Suite 300,   Highlands Ranch, CO 80129-2386
13505090    +Shapiro & DeNardo, LLC,   The Bank of New York Mellon, as Trystee,
             3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13505091    +Specialized Loan Servi,   Attn: Bankruptcy,   8742 Lucent Blvd. Suite 300,
             Highlands Ranch, CO 80129-2386
13516647    +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
13602547    +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   BANK OF AMERICA, N.A.,   P.O. BOX 5170,
             SIMI VALLEY, CA 93062-5170
13770599    +The Bank of New York Mellon,,   C/O ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
             P.O. Box 17933,   San Diego, CA 92177-7921
13839396    +Thomas Puleo,   KML Law Group P.C.,   c/o The Bank of New York,   701 Market Street ste 5000,
             Philadelphia Pa 19106-1541
13513970     Vanguard,   100 drive,   King Of Prussia, PA 19403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Mar 24 2017 01:36:15     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2017 01:35:49
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2017 01:36:07     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13505078    +E-mail/Text: bkr@cardworks.com Mar 24 2017 01:35:30     Advanta Bank Corp/cws,   Po Box 31032,
             Tampa, FL 33631-3032
13516533    +E-mail/Text: ebn@squaretwofinancial.com Mar 24 2017 01:36:06     CACH, LLC,
             4340 S. Monaco Street,   2nd Floor,   Denver, CO 80237-3485
13511365     E-mail/Text: mrdiscen@discover.com Mar 24 2017 01:35:32     Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13508113    +E-mail/Text: traciw@fmfcu.org Mar 24 2017 01:35:42     Franklin Mint FCU,   Mercy Suburban,
             2701 Dekalb,   Norristown, PA 19401-1820
13550136    +E-mail/Text: cio.bncmail@irs.gov Mar 24 2017 01:35:38     Internal Revenue Service,
             P O Box 7346,   Philadelphia, PA 19101-7346
13505084    +E-mail/Text: MVCIBL@VACATIONCLUB.COM Mar 24 2017 01:35:57     Marriott Ownership,
             1200 Bartow Rd. Suite 14,   Lakeland, FL 33801-5901
13505086    +E-mail/Text: bnc@nordstrom.com Mar 24 2017 01:35:36     Nordstrom FSB,
             Attention: Bankruptcy Department,   Po Box 6566,   Englewood, CO 80155-6566
13505087     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2017 01:32:25
             Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
```

```
District/off: 0313-2          User: DonnaR          Page 2 of 3          Date Rcvd: Mar 23, 2017
                             Form ID: pdf900        Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13603483          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2017 01:32:39
                    Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13539836         +E-mail/Text: bncmail@w-legal.com Mar 24 2017 01:36:00      The Bank of New York Mellon,
                   C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                  TOTAL: 13


                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13513950          Discover,   unknown,   unknown, PA
13513954          IRS,   unknown,   Phila, PA
13513957          MBNA,   unknown,   unknown, PA 19454
13508829          Name,Address1,Address2,Address3,City,State,Zip,   Advanta Bank Corp/cws,Po Box 31032,,,Tam,
                   Bank of America,Attn: Correspondence Uni,   Citizens Bank,1 Citizens Dr,,,Riverside,,
                   Citizens Bank,101 W Main Street,,,Norris,   Comenity Bank/lnbryant,4590 E Broad St,,
13513946          citibank,   unknown,   unkown, PA
13513943*        +Advanta Bank Corp/cws,   Po Box 31032,   Tampa, FL 33631-3032
13513944*        +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
                   Simi Valley, CA 93062-5170
13513947*        +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
13513948*        +Citizens Bank,   101 W Main Street,   Norristown, PA 19401-4715
13513949*        +Comenity Bank/lnbryant,   4590 E Broad St,   Columbus, OH 43213-1301
13513951*        +Discover Bank,   Michael J. Dougherty,   Weltman, Weinberg & Reis CO,
                   325 Chestnut Street, Suite 501,   Philadelphia, PA 19106-2605
13513952*        +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
13513953*        +Franklin Mint FCU,   Mercy Suburban,   2701 Dekalb,   Norristown, PA 19401-1820
13513956*        +Marriott Ownership,   1200 Bartow Rd. Suite 14,   Lakeland, FL 33801-5901
13505085*       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                   (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Dr,
                   Lewisville, TX 75067)
13513961*        +Nordstrom FSB,   Attention: Bankruptcy Department,   Po Box 6566,   Englewood, CO 80155-6566
13513964*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                   Norfolk, VA 23541)
13513965*        +Rentoncoll,   Po Box 272,   Renton, WA 98057-0272
13513966*         Russell Bono, Sheriff,   County of Montgomery County Courthouse,   P.O. Box 311,
                   Norristown, PA 19404-0311
13513967*        +Shapiro & DeNardo, LLC,   The Bank of New York Mellon, as Trystee,
                   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13513969*        +Specialized Loan Servi,   Attn: Bankruptcy,   8742 Lucent Blvd. Suite 300,
                   Highlands Ranch, CO 80129-2386
                                                                        TOTALS: 5, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                          Signature:  /s/Joseph Speetjens

─────────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
```
          ANDREW  SPIVACK   on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
          ANDREW  SPIVACK   on behalf of Creditor   The Bank of New York Mellon FKA The Bank Of Newyork,
           etal paeb@fedphe.com
          ANTHONY  ST. JOSEPH   on behalf of Creditor   United States on behalf of Internal Revenue Service
           anthony.stjoseph@usdoj.gov,  mardella.suarez@usdoj.gov
```

```
District/off: 0313-2           User: DonnaR            Page 3 of 3           Date Rcvd: Mar 23, 2017
                               Form ID: pdf900         Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              CHARLENE KELLER FULLMER    on behalf of Creditor    United States on behalf of Internal Revenue
               Service Charlene.Fullmer@usdoj.gov,  deshayla.avant@usdoj.gov
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    THE BANK OF NEW YORK MELLON FKA THE BANK OF
               NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
               CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Creditor    The Bank of New York Mellon et. al.
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
               York et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
               York et al. bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KYLE LAMAR BISHOP    on behalf of Defendant    UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              KYLE LAMAR BISHOP    on behalf of Creditor    United States on behalf of Internal Revenue Service
               kyle.l.bishop@usdoj.gov,  eastern.taxcivil@usdoj.gov
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
               Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates
               Series 2006-AR3 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured
               Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WAVERLEY  MADDEN    on behalf of Debtor Diane  Turner maddenlaw@outlook.com
              WAVERLEY  MADDEN    on behalf of Plaintiff Diane  Turner maddenlaw@outlook.com
                                                                                      TOTAL: 24

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Debtor. | : | Case No. 15-12372-sr |

**CONSENT ORDER GRANTING MOTION TO RECONSIDER DISMISSAL**

This matter comes before the Court upon the Debtor's Motion to Reconsider Dismissal and Reinstatement of her Bankruptcy, and/or to Modify her Chapter 13 Plan pursuant to 11 USC § 1329 and Fed. R. Bankr. P. 7052.  The Trustee filed an Objection to the Motion.  No other parties in interest have objected to the relief.

Since that time, however, the debtor has paid all funds to the Trustee to bring the Chapter 13 case current, the Trustee has verified the receipt of these funds, and the debtor verifies by signature(s) below that all the following requirements have been met:

1.  Debtor has not previously filed a Motion to Reconsider Dismissal.

2.  The case WAS NOT dismissed with prejudice.

    **NOW, THEREFORE**, upon the consents of the parties, as indicated by their signatures below,

    **IT IS HEREBY ORDERED** that relief is granted, and the case is reinstated

Page 1 of 2

as of the date of entry of this Order.

**AND IT IS SO ORDERED. WE SO CONSENT:**

_____
Waverley L. Madden, Esq.
100 S. Broad Street, Suite 1355
Philadelphia, PA 19110
Phone: 215-525-0150
Fax: 215-525-0151
maddenlaw@outlook.com

_____
Frederick L. Reigle, Esq.
c/o Polly A. Langdon, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606
Email:  info@fredreiglech13.com

**BY THE COURT:**

_____
Stephen Raslavich,
Bankruptcy Court Judge

**March 23, 2017**

_____
Date