UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| | : | Case No. 15-12372-sr |
| Debtor. | : | |
| | : | |

## CERTIFICATION OF NO OBJECTION REGARDING PRAECIPE TO RE-LIST HEARING ON MOTION TO APPROVE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 17, 2017, has been received. Also, no responsive pleading to the May 26, 2017 Praecipe to Re-List the Hearing on the Motion has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 5, 2017.

**WHEREFORE**, it is hereby respectfully requested that the Order attached to the Motion.

DATED: June 23, 2017                                    Respectfully Submitted,

**Law Office of Waverley Madden**

 /s/Waverley Madden
WAVERLEY MADDEN, ESQUIRE
c/o Law Office of Waverley Madden
100 S. Broad Street, Suite 1355
Philadelphia, PA 19110
Telephone: (215) 525-0150
Facsimile: (215) 525-0151
Email: maddenlaw@outlook.com
Debtor's' Counsel