**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re:    **Diane Turner**                     :    **Chapter 13 Bankruptcy**
                    **Debtor.**                       :
                                                            :    **Case No. 15-12372-sr**

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING**

Movant, Diane Turner, has filed an **Objection to Notice of Mortgage Payment Change**
with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with
your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you
may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court
    to consider your views on the motion, then on or before **July 23, 2017** you or your attorney
    must do all of the following:

    a.  file an answer explaining your position to:

        The Clerk of the Court
        Robert N.C. Nix Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough
so that it will be received on or before the date stated above; and

    b.  mail a copy to the Movant's attorney:

        Waverley Madden, Esquire
        100 S. Broad Street, Suite 1355
        Philadelphia, PA 19110
        Phone: (215) 525-0150
        Fax: (215) 525-0151
        Email: maddenlaw@outlook.com

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and
    attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Judge Stephen
    Raslavich on August 9, 2017, at 10:00 a.m. in Courtroom 4, 2nd Floor, at Robert N.C. Nix
    Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107-4298.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: July 9, 2017                                    Respectfully Submitted,

                                                      /s/Waverley Madden
                                                      WAVERLEY MADDEN, ESQUIRE
                                                      100 S. Broad Street, Suite 1355
                                                      Philadelphia, PA 19110
                                                      Telephone: (215) 525-0150
                                                      Facsimile: (215) 525-0151
                                                      Email: maddenlaw@outlook.com
                                                      Debtor's' Counsel