**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Diane Turner | : | Chapter 13 Bankruptcy |
| Debtor. | : | |
| | : | Case No. 15-12372-sr |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 12, 2017, a true and correct copy of Debtor's Objection to Notice of Mortgage Payment Change AND Motion to Approve Loan Modification Agreements was along with Notice of the Hearing Date was served upon the debtor and the following parties by the following means:

| VIA 1st Class MAIL | Via Automatic Electronic Mail (CM/ECF) |
|---|---|
| Diane Turner<br>1060 Redtail Road<br>Audubon, PA  19403<br>*Debtor/Movant* | Frederick L. Reigle, Esq.<br>c/o Polly A. Langdon, Esq.<br>Standing Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P. O. Box 4010<br>Reading, PA 19606<br>Telephone No. (610) 779-1313 |
| Robertson, Anschutz & Schneid, P.L.<br>c/o Meridyth Wasserman, Esquire<br>Authorized Agent for Secured Creditor<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901 | United States Trustee<br>Office Of The U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107 |

**Respectfully Submitted,**

DATE: July 11, 2017

_____
WAVERLEY MADDEN, ESQUIRE
Movant's/Debtor's Counsel