**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Plaintiff/Debtor, | : | Case No. 15-12372-sr |

## CERTIFICATE OF NO RESPONSE

On July 11, 2017, Diane Turner (hereinafter "Debtor"), via her undersigned counsel, Waverley Madden, Esquire, filed and **Objection to Notice of Mortgage Payment Increase** AND a **Motion to Approve Mortgage Modifications** for two properties:

1. Gwynedd Avenue property, and
2. Redtail Road property.

<u>Debtor hereby represents that:</u>

1. The Objection and Motion to Approve Mortgage Modifications were timely served on all interested parties.
2. The deadline for responses to these Pleadings has passed.
3. No communications, responses, objections to, or requests for hearing on the Pleadings have been received.
4. A check of the electronic entries docketed in this case confirms that no objections or other responses to the Pleadings have been filed.

**WHEREFORE**, Debtor seeks the entry of an order which grants the requested reliefs.

**Respectfully Submitted,**

DATE: August 11, 2017

WAVERLEY MADDEN, ESQUIRE
100 S. Broad Street, Suite 1355
Philadelphia, PA 19110
Telephone: (215) 525-0150
Facsimile: (215) 525-0151
Email:maddenlaw@outlook.com
Debtor's Counsel