**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** Diane Turner | : | **Chapter 13 Bankruptcy** |
| **Debtor.** | : | |
| | : | **Case No. 15-12372-sr** |

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION
AGREEMENTS**

On July 11, 2017, (the "Debtor") filed a Motion to Approve Loan Modification Agreements [Dkt. No. ____ ] (the "Motion") seeking approval of the agreements entered into with (the "Lender"), which was attached as Exhibit A and Exhibit B to the Motion (the "Final Agreement"). Upon due consideration, and for good cause shown, the Court hereby orders as follows:

1. The Motion is granted.

2. The Final Agreement is approved and the Debtor is authorized to enter into the Final Agreement.

3. The Debtor and the Lender are authorized to execute any and all documents necessary to effectuate and implement the terms of the Final Agreement.

4. The terms of the Final Agreement are incorporated into this Order.

5. Pursuant to the Debtor's Chapter 13 Plan [Dkt. No. 91], the Trustee is authorized to make distributions to the Lender prior to confirmation as follows:

**A. REDTAIL PROPERTY**

The Debtor's new principal mortgage payment to the Lender shall be in the amount of $1,770.23 per month, which includes principal and interest. This amount does not include an escrow amount. The effective interest rate for these payments shall be 3.000%

per annum. The payments shall and did commence on January 1, 2017 and continue through December 1, 2057. The Trustee shall make these payments payable to and mailed to Nationstar Mortgage LLC 8950 Cypress Waters Blvd, Coppell, TX 75019.

**B. GWYNEDD PROPERTY**

The Debtor's new mortgage payment to the Lender shall be in the amount of $560.06 per month, which includes principal and interest. This amount does not include an escrow amount. The effective interest rate for these payments shall be 3.000% per annum. The effective interest rate for these payments shall be 3.000% per annum. The payments shall and did commence on December 1, 2016 and continue through November 30, 2056 . The Trustee shall make these payments payable to and mailed to Nationstar Mortgage LLC 8950 Cypress Waters Blvd, Coppell, TX 75019.

IT IS FURTHER ORDERED THAT, the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order, including but not limited to, interpretation and enforcement of the Final Agreement.

**BY THE COURT:**

_Stephen Raslavich_                                                    8/17/17

Stephen Raslavich,                                                     Date
Bankruptcy Court Judge