United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-12372-sr
Diane Turner                                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 2              Date Rcvd: Aug 18, 2017
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
db             +Diane Turner,    1060 Redtail Road,    Audubon, PA 19403-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States on behalf of Internal Revenue Service
               anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov
              CHARLENE KELLER FULLMER    on behalf of Creditor    United States on behalf of Internal Revenue
               Service Charlene.Fullmer@usdoj.gov,    deshayla.avant@usdoj.gov
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JENNIFER ROSE GORCHOW    on behalf of Creditor    The Bank of New York Mellon et. al.
               paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    THE BANK OF NEW YORK MELLON FKA THE BANK OF
               NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
               CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
               York et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
               York et al. bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KYLE LAMAR BISHOP    on behalf of Defendant    UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              KYLE LAMAR BISHOP    on behalf of Creditor    United States on behalf of Internal Revenue Service
               kyle.l.bishop@usdoj.gov,    eastern.taxcivil@usdoj.gov
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
               Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates
               Series 2006-AR3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured
               Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2           User: DonnaR               Page 2 of 2              Date Rcvd: Aug 18, 2017
                               Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WAVERLEY   MADDEN    on behalf of Debtor Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com
        WAVERLEY   MADDEN    on behalf of Plaintiff Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com

                                                                                                                          TOTAL: 24

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** Diane Turner | : | Chapter 13 Bankruptcy |
| Debtor. | : | |
| | : | Case No. 15-12372-sr |

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION AGREEMENTS**

On July 11, 2017, (the "Debtor") filed a Motion to Approve Loan Modification Agreements [Dkt. No. ____ ] (the "Motion") seeking approval of the agreements entered into with (the "Lender"), which was attached as Exhibit A and Exhibit B to the Motion (the "Final Agreement"). Upon due consideration, and for good cause shown, the Court hereby orders as follows:

1. The Motion is granted.

2. The Final Agreement is approved and the Debtor is authorized to enter into the Final Agreement.

3. The Debtor and the Lender are authorized to execute any and all documents necessary to effectuate and implement the terms of the Final Agreement.

4. The terms of the Final Agreement are incorporated into this Order.

5. Pursuant to the Debtor's Chapter 13 Plan [Dkt. No. 91], the Trustee is authorized to make distributions to the Lender prior to confirmation as follows:

**A. REDTAIL PROPERTY**

The Debtor's new principal mortgage payment to the Lender shall be in the amount of $1,770.23 per month, which includes principal and interest. This amount does not include an escrow amount. The effective interest rate for these payments shall be 3.000%

per annum. The payments shall and did commence on January 1, 2017 and continue through December 1, 2057. The Trustee shall make these payments payable to and mailed to Nationstar Mortgage LLC 8950 Cypress Waters Blvd, Coppell, TX 75019.

**B. GWYNEDD PROPERTY**

The Debtor's new mortgage payment to the Lender shall be in the amount of $560.06 per month, which includes principal and interest. This amount does not include an escrow amount. The effective interest rate for these payments shall be 3.000% per annum. The effective interest rate for these payments shall be 3.000% per annum. The payments shall and did commence on December 1, 2016 and continue through November 30, 2056 . The Trustee shall make these payments payable to and mailed to Nationstar Mortgage LLC 8950 Cypress Waters Blvd, Coppell, TX 75019.

IT IS FURTHER ORDERED THAT, the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order, including but not limited to, interpretation and enforcement of the Final Agreement.

**BY THE COURT:**

_Stephen Raslavich_ (signature)                     8/17/17

Stephen Raslavich,                                           Date
Bankruptcy Court Judge