United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-12372-sr
Diane Turner                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Marie            Page 1 of 2              Date Rcvd: Aug 23, 2017
                          Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
13602547       +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   BANK OF AMERICA, N.A.,    P.O. BOX 5170,
                 SIMI VALLEY, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
    ANDREW SPIVACK    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
 etal paeb@fedphe.com
    ANDREW SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
    ANTHONY ST. JOSEPH    on behalf of Creditor    United States on behalf of Internal Revenue Service
 anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov
    CHARLENE KELLER FULLMER    on behalf of Creditor    United States on behalf of Internal Revenue
 Service Charlene.Fullmer@usdoj.gov, deshayla.avant@usdoj.gov
    DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
 DanS@w-legal.com
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    JENNIFER ROSE GORCHOW    on behalf of Creditor    The Bank of New York Mellon et. al.
 paeb@fedphe.com
    JENNIFER ROSE GORCHOW    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
    JENNIFER ROSE GORCHOW    on behalf of Defendant    THE BANK OF NEW YORK MELLON FKA THE BANK OF
 NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
 CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
 York et al. paeb@fedphe.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
 York et al. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et al...
 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
    KYLE LAMAR BISHOP    on behalf of Defendant    UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov,
 eastern.taxcivil@usdoj.gov
    KYLE LAMAR BISHOP    on behalf of Creditor    United States on behalf of Internal Revenue Service
 kyle.l.bishop@usdoj.gov, eastern.taxcivil@usdoj.gov
    MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
 etal paeb@fedphe.com
    MARTIN A. MOONEY    on behalf of Creditor    2005 Residential Trust 3-1 tshariff@schillerknapp.com,
 ahight@schillerknapp.com
    MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
 New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee
 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
    MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
 Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates
 Series 2006-AR3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
    POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
 ecf_frpa@trustee13.com

```
District/off: 0313-2            User: Marie                 Page 2 of 2                 Date Rcvd: Aug 23, 2017
                                Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WAVERLEY  MADDEN    on behalf of Debtor Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com
        WAVERLEY  MADDEN    on behalf of Plaintiff Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com

                                                                                                                                           TOTAL: 25

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-12372-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Diane Turner
1060 Redtail Road
Audubon PA 19403

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, BANK OF AMERICA, N.A., P.O. BOX 5170, SIMI VALLEY, CA 93062 | 2005 Residential Trust 3-1<br>117 Wrangler Drive, Suite 100<br>Coppell, TX 75019 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/25/17

Tim McGrath
**CLERK OF THE COURT**