## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Diane Turner**                                                   Case No.   **15-12372**
                                           Debtor(s)                       Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                              $        **8,309.51**
   Prior to the filing of this statement I have received                    $        **6,500.00**
   Balance Due                                                              $        **1,809.51**

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **$100 for office supplies and expenses (postage, envelopes, paper etc.) for the life of the bankruptcy case; 2 or more telephone calls per month ($100 per hour); 3 or more emails per month ($10 per email); Affidavit of Changed Circumstances ($325.00); Answer to other non-specified Motion ($450); Attending hearings on motions of any kind (including hearing on motions to dismiss after confirmation) or applications ($450.00); Conversation from Chapter 7 to Chapter 13 ($2,200.00); Conversion from Chapter 13 to Chapter 7 ($1,200.00); Credit Report Retrieval Fee ($30 single/$50 joint); Electronic processing of bankruptcy questionnaire ($8); Expedited/emergency filing of Petition and Schedules within 5 days - ($350.00); Filing fee ($306) for Chapter 7 and $281 for Chapter 13; Filing, preparation and/or consultation regarding post-confirmation stipulations ($450.00); consultations regarding advisability of Reaffirmation Agreements ($350.00); Modification of mortgages or negotiations to reduce mortgage ($2,000 for every 12 months of work); Motion to Bifurcate $1,500.00; Motion to Sell Real Estate Free and Clear of Liens ($800.00); Negotiation and settlement of motions of any kind ($450.00); Post-confirmation court appearances ($450 each); Preparation and filing of amended schedules ($175.00 per schedule); Preparation and filing of motion or special application ($450.00); Preparation and filing of motions or answers to motions of any kind not otherwise specified ($450.00); Preparation and filing Suggestions of Bankruptcy ($200.00); Preparation of other non-specified Motion ($450.00); Responses to extraordinary requests for information by Trustee or creditors ($500.00); Where a Chapter 7 is ruled by the Trustee to be an asset case, then after the Meeting of Creditors this retainer Agreement becomes an hourly agreement requiring an initial escrow deposit of between $5,000 -$20,000 to be billed against hourly @ $350 per hour. Continued hourly billing with recurring escrow deposits required until the issue is resolved; Defend or Prepare and file adversary complaint along with discovery ($10,000 -$20,000.00 initial retainer billed against hourly @ $350 per hour). Continued hourly billing with recurring escrow deposits required until the adversary is resolved; This agreement allows for one meeting day with a trustee of the same bankruptcy chapter. All additional meetings dates in the same bankruptcy chapter cost $400 each; Asset cases are billed at $350 per hour**

In re  **Diane Turner**  
       Debtor(s)

Case No. **15-12372**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **December 20, 2017**

**/s/ Waverley L. Madden**
**Waverley L. Madden**
**Waverley Madden, Esq.**
**Land Title Building, #1355**
**100 S. Broad**
**Philadelphia, PA 19110-1034**
**(215) 525-0150   Fax: (215) 525-0151**
**maddenlaw@outlook.com**