# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Debtor. | : | Case No. 15-12372-sr |

## ORDER

**AND NOW**, this ___ day of _____, 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses by Waverley Madden, Esquire, Debtor's counsel, it is hereby ORDERED that:

Counsel's Motion for $ 8,309.51 in fees plus $201.00 in costs is hereby **GRANTED**.

**Date: February 1, 2018**

_____
Jean K. FitzSimon,
Bankruptcy Court Judge