United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-12372-jkf
Diane Turner                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR               Page 1 of 2           Date Rcvd: Feb 01, 2018
                          Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
db             +Diane Turner,    1060 Redtail Road,    Audubon, PA 19403-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
       etal paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
      ANTHONY  ST. JOSEPH    on behalf of Creditor    United States on behalf of Internal Revenue Service
       anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov
      CHARLENE KELLER FULLMER    on behalf of Creditor    United States on behalf of Internal Revenue
       Service Charlene.Fullmer@usdoj.gov,    deshayla.avant@usdoj.gov
      DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
       DanS@w-legal.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JENNIFER ROSE GORCHOW    on behalf of Creditor    The Bank of New York Mellon et. al.
       paeb@fedphe.com
      JENNIFER ROSE GORCHOW    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
      JENNIFER ROSE GORCHOW    on behalf of Defendant    THE BANK OF NEW YORK MELLON FKA THE BANK OF
       NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
       CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
       York et al. paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
       York et al. bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et al...
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
      KYLE LAMAR BISHOP    on behalf of Defendant    UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov,
       eastern.taxcivil@usdoj.gov
      KYLE LAMAR BISHOP    on behalf of Creditor    United States on behalf of Internal Revenue Service
       kyle.l.bishop@usdoj.gov,    eastern.taxcivil@usdoj.gov
      MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
       etal paeb@fedphe.com
      MARTIN A. MOONEY    on behalf of Creditor    2005 Residential Trust 3-1 tshariff@schillerknapp.com,
       ahight@schillerknapp.com;kcollins@schillerknapp.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
       New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee
       mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
       Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates
       Series 2006-AR3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Feb 01, 2018
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        THOMAS I. PULEO   on behalf of Creditor   The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WAVERLEY  MADDEN    on behalf of Debtor Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com
        WAVERLEY  MADDEN    on behalf of Plaintiff Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com

                                                                                                                                                                                                                                             TOTAL: 25

Case 15-12372-jkf    Doc 156    Filed 02/03/18    Entered 02/04/18 01:04:01    Desc
Imaged Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:    Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Debtor. | : | Case No. 15-12372-sr |

### ORDER

**AND NOW**, this ___ day of _____, 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses by Waverley Madden, Esquire, Debtor's counsel, it is hereby ORDERED that:

Counsel's Motion for $ 8,309.51 in fees plus $201.00 in costs is hereby **GRANTED**.

**Date: February 1, 2018**

_____
Jean K. FitzSimon,
Bankruptcy Court Judge