**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Debtor. | : | Case No. 15-12372-sr |

### PRAECIPE TO WITHDRAW

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw the Debtors' Motion to Modify Plan and Notice of Motion which filed respectively at dockets #157 and #158 without prejudice.

                                                  **Respectfully Submitted,**

DATE: March 13, 2018                     /s/ Waverley L. Madden
                                                  WAVERLEY MADDEN, ESQUIRE
                                                  100 S. Broad Street, Suite 1355
                                                  Philadelphia, PA 19110
                                                  Telephone: (215) 525-0150
                                                  Facsimile: (215) 525-0151
                                                  Email:maddenlaw@outlook.com
                                                  Plaintiff's/Debtor's Counsel