# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diane Gail Jefferson Turner;<br><br>　　　　　　　　　　Debtor | Chapter 13<br><br>Case No.: 15-12372-jkf |
| The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3,<br>　　　　　　　　　　Movant,<br>vs.<br>Diane Gail Jefferson Turner<br>　　　　　　　Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>　　　　　　　Trustee / Respondent. | |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

NOW COMES, The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3, by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Stay filed on April 2, 2018 (document number 164).  Said Motion is being withdrawn without prejudice.

DATED: April 9, 2018

　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　MILSTEAD & ASSOCIATES, LLC
　　　　　　　　　　   /s/Matthew C. Waldt
　　　　　　　　　　Matthew C. Waldt, Esquire
　　　　　　　　　　Attorney ID No. 203308
　　　　　　　　　　1 E. Stow Road
　　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　　(856) 482-1400
　　　　　　　　　　Attorneys for Movant

226256-1

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diane Gail Jefferson Turner;<br><br>        Debtor | Chapter 13<br><br>Case No.: 15-12372-jkf |
| The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3,<br>        Movant,<br>vs.<br>Diane Gail Jefferson Turner<br>        Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>        Trustee / Respondent. | |

## CERTIFICATION OF SERVICE

  Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw the Motion for Relief from Stay was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on April 9, 2018, addressed as follows:

| | |
|---|---|
| Frederick L. Reigle<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606<br>*via electronic transmission* | Waverley Madden<br>100 S. Broad Street<br>Suite 1355<br>Philadelphia, PA 19110<br>*via electronic transmission* |

                Respectfully submitted,
                MILSTEAD & ASSOCIATES, LLC
                 /s/Matthew C. Waldt
DATED: April 9, 2018       Matthew C. Waldt, Esquire
                Attorney ID No. 203308
                1 E. Stow Road
                Marlton, NJ 08053
                (856) 482-1400
                Attorneys for Movant

226256-1