# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:    Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Debtor. | : | Case No. 15-12372-jkf |

## ORDER GRANTING MOTION TO MODIFY PLAN

This matter comes before the Court upon the Debtor's Motion to Modify her Chapter 13 Plan pursuant to 11 USC § 1329.  No parties in interest have a pending objection to the relief.

Since the Debtor's mortgage(s) have been modified, and the Debtor has not previously filed a Motion to Modify the Chapter 13 Plan.

**IT IS HEREBY ORDERED** that relief is granted, and the Chapter 13 Plan is Modified as of the date of entry of this Order.

**BY THE COURT**

**Date: April 18, 2018**

Date

**Jean K. FitzSimon,
Bankruptcy Court Judge**