## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Debtor. | : | Case No. 15-12372-sr |

## ORDER

**AND NOW**, this  25th  day of  June , 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses by Waverley Madden, Esquire, Debtor's counsel, it is hereby ORDERED that:

Counsel's Motion for an additional **$1,700.00** compensation for a total award of $10,009.51 is hereby **GRANTED**.

BY THE COURT:

_____
Jean K. FitzSimon,
Bankruptcy Court Judge