United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 15-12372-jkf
Diane Turner                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2                Date Rcvd: Jun 26, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db             +Diane Turner,    1060 Redtail Road,    Audubon, PA 19403-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor   The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States on behalf of Internal Revenue Service
               anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov
              CHARLENE KELLER FULLMER    on behalf of Creditor    United States on behalf of Internal Revenue
               Service Charlene.Fullmer@usdoj.gov,    deshayla.avant@usdoj.gov
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JENNIFER ROSE GORCHOW    on behalf of Creditor   The Bank of New York Mellon et. al.
               paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    THE BANK OF NEW YORK MELLON FKA THE BANK OF
               NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
               CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   The Bank of New York Mellon et. al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   The Bank Of New York Mellon FKA The Bank Of New
               York et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   The Bank Of New York Mellon FKA The Bank Of New
               York et al. bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   The Bank of New York Mellon et al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   The Bank of New York Mellon, as Trustee for Structured
               Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3
               bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com
              KYLE LAMAR BISHOP    on behalf of Defendant    UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              KYLE LAMAR BISHOP    on behalf of Creditor    United States on behalf of Internal Revenue Service
               kyle.l.bishop@usdoj.gov,    eastern.taxcivil@usdoj.gov
              MARIO J. HANYON    on behalf of Creditor   The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              MARTIN A. MOONEY    on behalf of Creditor    2005 Residential Trust 3-1 ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of
               New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   The Bank of New York Mellon, as Trustee for
               Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates
               Series 2006-AR3 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com

```
District/off: 0313-2           User: DonnaR                Page 2 of 2                   Date Rcvd: Jun 26, 2018
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WAVERLEY  MADDEN    on behalf of Attorney Waverley  Madden maddenlaw@outlook.com, r63204@notify.bestcase.com
          WAVERLEY  MADDEN    on behalf of Debtor Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com
          WAVERLEY  MADDEN    on behalf of Plaintiff Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com

                                                                                                                TOTAL: 27

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Diane Turner | : | Chapter 13 Bankruptcy |
| | : | |
| Debtor. | : | Case No. 15-12372-sr |

## ORDER

**AND NOW**, this  25th  day of     June        , 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses by Waverley Madden, Esquire, Debtor's counsel, it is hereby ORDERED that:

Counsel's Motion for an additional **$1,700.00** compensation for a total award of $10,009.51 is hereby **GRANTED**.

**BY THE COURT:**

Jean K. FitzSimon,
Bankruptcy Court Judge