**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Diane Turner | CHAPTER 13 |
| | BKY. NO. 15-12372 JKF |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 and index same on the master mailing list.

                                                                              Respectfully submitted,
                                                                             **/s/ Rebecca A. Solarz, Esquire**
                                                                             Rebecca A Solarz, Esquire
                                                                             KML Law Group, P.C.
                                                                             701 Market Street, Suite 5000
                                                                             Philadelphia, PA 19106-1532
                                                                             (215) 627-1322