United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-12372-jkf
Diane Turner                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 2    Date Rcvd: Sep 27, 2018
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db             +Diane Turner,    1060 Redtail Road,    Audubon, PA 19403-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork, etal paeb@fedphe.com
      ANTHONY  ST. JOSEPH    on behalf of Creditor    United States on behalf of Internal Revenue Service anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
      CHARLENE KELLER FULLMER    on behalf of Creditor    United States on behalf of Internal Revenue Service Charlene.Fullmer@usdoj.gov, deshayla.avant@usdoj.gov
      DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com, DanS@w-legal.com
      JENNIFER ROSE GORCHOW    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
      JENNIFER ROSE GORCHOW    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
      JENNIFER ROSE GORCHOW    on behalf of Defendant    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York et al. paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York et al. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 bkyefile@rasflaw.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
      KYLE LAMAR BISHOP    on behalf of Defendant    UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov, eastern.taxcivil@usdoj.gov
      KYLE LAMAR BISHOP    on behalf of Creditor    United States on behalf of Internal Revenue Service kyle.l.bishop@usdoj.gov, eastern.taxcivil@usdoj.gov
      MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork, etal paeb@fedphe.com
      MARTIN A. MOONEY    on behalf of Creditor    2005 Residential Trust 3-1 ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

```
District/off: 0313-2           User: Christina              Page 2 of 2                   Date Rcvd: Sep 27, 2018
                               Form ID: pdf900              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York et al. bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WAVERLEY MADDEN    on behalf of Attorney Waverley  Madden maddenlaw@outlook.com, r63204@notify.bestcase.com
        WAVERLEY MADDEN    on behalf of Debtor Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com
        WAVERLEY MADDEN    on behalf of Plaintiff Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        TOTAL: 29

Case 15-12372-jkf    Doc 188    Filed 09/29/18    Entered 09/30/18 00:58:25    Desc
Imaged Certificate of Notice    Page 2 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diane Turner<br>　　　　　Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3<br>　　　　　Respondent<br>vs. | NO. 15-12372 JKF |
| Diane Turner<br>　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| William Miller<br>　　　　　Trustee | |

### STIPULATION TO RESOLVE DEBTOR'S MOTION FOR SANCTIONS

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On July 22, 2018, Debtor filed a Motion for Sanctions, Compensatory and Punitive Damages, and Award of Attorney Fees, Costs against Nationstar Mortgage (a/k/a Mr. Cooper) as document 181.

2. Nationstar Mortgage a/k/a Mr. Cooper is the servicer for Respondent/Secured Creditor, The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 ("Respondent").

3. The Motion involves the underlying claim 8-1, which was originally filed on September 21, 2015, involving the property located at 236 Gwynedd Avenue, North Wales, PA 19454.

4. The Parties have reviewed the Motion in depth to come to a resolution of this matter.

5. Debtor's Motion is to be resolved per the following terms:

    a. The Modification dated October 25, 2016 and approved by Court Order dated August 17, 2017 ("the Modification") is a valid modification, and Debtor's loan has been successfully modified under it.

    b. The seven Notice of Payment Changes filed after October 25, 2016, as listed by filing date below, are hereby stricken:

        i. April 4, 2017

        ii. July 3, 2017

        iii. March 8, 2018

        iv. March 8, 2018

        v. April 9, 2018

        vi. May 7, 2018

        vii. June 4, 2018

c. Within thirty (30) days of this Stipulation being signed by the Court,, Respondent shall file a new Notice of Payment Change retroactive to the first payment date, December 1, 2016, under the Modification.

d. Within thirty (30) days of this Stipulation being signed by the Court, Respondent shall file an Amended Proof of Claim to recognize and account for the Modification.

e. Within thirty (30) days of this Stipulation being signed by the Court, Respondent shall reimburse Debtor's attorney in the amount of four thousand dollars ($4,000.00) for attorneys' fees.

f. Entering into this Stipulation shall not constitute any admission of wrongdoing by any party.

g. Debtor's Motion for Sanctions is hereby denied.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: 9/21/18

By: _____
Brian C. Nicholas, Esquire
Attorney for Respondent

Date: Sept. 18, 2018

By: _____
Waverley Madden, Esquire
Attorney for Debtor(s)

Approved by the Court this 26th day of Septmeber, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Jean K. Fitzsimon