United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-12372-amc
Diane Turner                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 3              Date Rcvd: Jul 14, 2020
                              Form ID: 138NEW           Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
```
db             +Diane Turner,   1060 Redtail Road,   Audubon, PA 19403-1841
aty            +Waverley Madden,   100 S. Broad Street,   Suite 1355,   Philadelphia, PA 19110-1034
cr             +BANK OF AMERICA, N.A.,   2380 Performance Dr.,   Richardson, TX 75082-4333
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   Attn: Bankruptcy Department,
                 PO Box 619096,   Dallas, TX  75261-9741)
cr             +Nationstar Mortgage LLC, et al,   c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
cr             +THE BANK OF NEW YORK MELLON,   Robertson, Anschutz & Schneid P.L.,   6409 Congress Avenue,,
                 Suite 100,   Boca Raton, FL 33487-2853
cr             +The Bank of New York Mellon,   ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,   San Diego, CA 92177-7921
13513941        ACS,   PO BOX78208,   Phoenix, AZ 85062-8208
13513942        ACS,   PO Box,   Phoenix, AZ 85062-8208
13614089       +BANK OF AMERICA, N.A.,   c/o JOSEPH PATRICK SCHALK,   Phelan Hallinan, LLP,
                 1617 JOHN F. KENNEDY BLVD. SUITE 1400,   PHILADELPHIA, PA 19103-1814
13505079       +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
                 Simi Valley, CA 93062-5170
13513945        Bank of America,   PO Box15227,   Wilmington, DE 19886-5227
13505092       +Citizens Bank,   101 W Main Street,   Norristown, Pa 19401-4715
13543250       +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13505083       +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
13513955        IRS,   chestnut street,   Phila, PA
13513958       +Myron Turner,   1060 Redtail Rd,   Audubon, PA 19403-1841
13513959        Myron Turner,   1960 Redtail Rd,   Audubon, PA 19403
13513960        Nationstar,   PO Box 650783,   Dallas, TX 75265-0783
13513962        Norstrom Visa,   PO BOX79137,   Phoenix, AZ 85062-9137
13513963       +Northwestern Mutual Life insurance,   720 East Wisconsin Avenue,   Milwaukee, WI 53202-4703
13505088       +Rentoncoll,   Po Box 272,   Renton, WA 98057-0272
13505089        Russell Bono, Sheriff,   County of Montgomery County Courthouse,   P.O. Box 311,
                 Norristown, PA 19404-0311
13513968       +SLS,   8742 Lucent Bolevard,   Suite 300,   Highlands Ranch, CO 80129-2386
13508431       +SLS,   8742 Lucent Boulevard, Suite 300,   Highlands Ranch, CO 80129-2386
13505090       +Shapiro & DeNardo, LLC,   The Bank of New York Mellon, as Trystee,
                 3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
13505091       +Specialized Loan Servi,   Attn: Bankruptcy,   8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
13516647       +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
13602547       +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   BANK OF AMERICA, N.A.,   P.O. BOX 5170,
                 SIMI VALLEY, CA 93062-5170
13770599       +The Bank of New York Mellon,,   C/O ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,   San Diego, CA 92177-7921
13839396       +Thomas Puleo,   KML Law Group P.C.,   c/o The Bank of New York,   701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
13513970        Vanguard,   100 drive,   King Of Prussia, PA 19403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 15 2020 04:40:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2020 04:40:06
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2020 04:40:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13971862       +E-mail/Text: nickf@ctfasset.com Jul 15 2020 04:40:46     2005 Residential Trust 3-1,
                 117 Wrangler Drive, Suite 100,   Coppell, TX 75019-4711
13505078       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 15 2020 04:46:25     Advanta Bank Corp/cws,
                 Po Box 31032,   Tampa, FL 33631-3032
13516533       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2020 04:46:58     CACH, LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
13505080        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 15 2020 04:39:53     Citizens Bank,
                 1 Citizens Dr,   Riverside, RI 02915
13505081       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 15 2020 04:40:01     Comenity Bank/lnbryant,
                 4590 E Broad St,   Columbus, OH 43213-1301
13511365        E-mail/Text: mrdiscen@discover.com Jul 15 2020 04:39:54     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13508113        E-mail/Text: MemberSolutionsBankruptcyNotification@fmfcu.org Jul 15 2020 04:39:48
                 Franklin Mint FCU,   Mercy Suburban,   2701 Dekalb,   Norristown, PA  19401
13550136       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 15 2020 04:39:58     Internal Revenue Service,
                 P O Box 7346,   Philadelphia, PA 19101-7346
13505084       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jul 15 2020 04:40:21     Marriott Ownership,
                 1200 Bartow Rd. Suite 14,   Lakeland, FL 33801-5901
```

```
District/off: 0313-2          User: DonnaR                Page 2 of 3              Date Rcvd: Jul 14, 2020
                              Form ID: 138NEW             Total Noticed: 48


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13505086        +E-mail/Text: bnc@nordstrom.com Jul 15 2020 04:39:57      Nordstrom FSB,
                 Attention:  Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
13505087         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 04:46:40
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13603483         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 04:46:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13539836        +E-mail/Text: bncmail@w-legal.com Jul 15 2020 04:40:25      The Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13513950        Discover,    unknown,    unknown, PA
13513954        IRS,    unknown,   Phila, PA
13513957        MBNA,    unknown,    unknown, PA 19454
13508829        Name,Address1,Address2,Address3,City,State,Zip,    Advanta Bank Corp/cws,Po Box 31032,,,Tam,
                 Bank of America,Attn: Correspondence Uni,    Citizens Bank,1 Citizens Dr,,,Riverside,,
                 Citizens Bank,101 W Main Street,,,Norris,    Comenity Bank/lnbryant,4590 E Broad St,,
14059365        The Bank of New York Mellon f/k/a The Bank of New
13513946        citibank,   unknown,    unkown, PA
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
13513943*      +Advanta Bank Corp/cws,    Po Box 31032,    Tampa, FL 33631-3032
13513944*      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13513947*     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
                (address filed with court: Citizens Bank,    1 Citizens Dr,   Riverside, RI 02915)
13513948*      +Citizens Bank,    101 W Main Street,    Norristown, PA 19401-4715
13513949*      +Comenity Bank/lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
13513951*      +Discover Bank,    Michael J. Dougherty,    Weltman, Weinberg & Reis CO,
                 325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
13513952*      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13513953*     ++FRANKLIN MINT FCU ERIN MOORE,    ATTN MEMBER SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
                 CHADDS FORD PA 19317-9752
                (address filed with court: Franklin Mint FCU,    Mercy Suburban,    2701 Dekalb,
                 Norristown, PA 19401)
13513956*      +Marriott Ownership,    1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
13505085*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
13513961*      +Nordstrom FSB,    Attention: Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
13513964*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
13513965*      +Rentoncoll,    Po Box 272,    Renton, WA 98057-0272
13513966*       Russell Bono, Sheriff,    County of Montgomery County Courthouse,    P.O. Box 311,
                 Norristown, PA 19404-0311
13513967*      +Shapiro & DeNardo, LLC,    The Bank of New York Mellon, as Trystee,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13513969*      +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
                 Highlands Ranch, CO 80129-2386
13505082       ##+Discover Bank,    Michael J. Dougherty,    Weltman, Weinberg & Reis CO,
                 325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                    TOTALS: 6, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-2             User: DonnaR                 Page 3 of 3                    Date Rcvd: Jul 14, 2020
                                 Form ID: 138NEW              Total Noticed: 48
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:

```
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States on behalf of Internal Revenue Service
               anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              CHARLENE KELLER FULLMER    on behalf of Creditor    United States on behalf of Internal Revenue
               Service Charlene.Fullmer@usdoj.gov,  deshayla.avant@usdoj.gov,caseview.ecf@usdoj.gov
              CHARLES GRIFFIN WOHLRAB    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               cwohlrab@rascrane.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    THE BANK OF NEW YORK MELLON FKA THE BANK OF
               NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
               CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Creditor    The Bank of New York Mellon et. al.
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
               York et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               et al. Josh.Goldman@padgettlawgroup.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et al...
               Josh.Goldman@padgettlawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured
               Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3
               cdigianantonio@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KYLE LAMAR BISHOP    on behalf of Creditor    United States on behalf of Internal Revenue Service
               kyle.l.bishop@usdoj.gov,  eastern.taxcivil@usdoj.gov
              KYLE LAMAR BISHOP    on behalf of Defendant    UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              MARTIN A. MOONEY    on behalf of Creditor    2005 Residential Trust 3-1 lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
               Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates
               Series 2006-AR3 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
               Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates
               Series 2006-AR3 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               et al. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured
               Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WAVERLEY  MADDEN    on behalf of Attorney Waverley  Madden maddenlaw@outlook.com,
               r63204@notify.bestcase.com
              WAVERLEY  MADDEN    on behalf of Debtor Diane  Turner maddenlaw@outlook.com,
               r63204@notify.bestcase.com
              WAVERLEY  MADDEN    on behalf of Plaintiff Diane  Turner maddenlaw@outlook.com,
               r63204@notify.bestcase.com
                                                                                             TOTAL: 30
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Diane Turner
       Debtor(s)
       Bankruptcy No: 15−12372−amc
       Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/14/20

193 − 192
Form 138_new