United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-12372-amc
Diane Turner                                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 2           Date Rcvd: Aug 19, 2020
                              Form ID: 212            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db              +Diane Turner,   1060 Redtail Road,    Audubon, PA 19403-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
          ANDREW  SPIVACK    on behalf of Creditor   The Bank of New York Mellon FKA The Bank Of Newyork,
           etal paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
          ANTHONY  ST. JOSEPH    on behalf of Creditor   United States on behalf of Internal Revenue Service
           anthony.stjoseph@usdoj.gov,  mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
          CHARLENE KELLER FULLMER    on behalf of Creditor   United States on behalf of Internal Revenue
           Service Charlene.Fullmer@usdoj.gov,  deshayla.avant@usdoj.gov,caseview.ecf@usdoj.gov
          CHARLES GRIFFIN WOHLRAB    on behalf of Creditor   THE BANK OF NEW YORK MELLON
           cwohlrab@rascrane.com
          DANIEL BRETT SULLIVAN    on behalf of Creditor   Nationstar Mortgage, LLC BNCmail@w-legal.com,
           DanS@w-legal.com
          JENNIFER ROSE GORCHOW    on behalf of Creditor   The Bank of New York Mellon et. al.
           paeb@fedphe.com
          JENNIFER ROSE GORCHOW    on behalf of Defendant   BANK OF AMERICA, N.A. paeb@fedphe.com
          JENNIFER ROSE GORCHOW    on behalf of Defendant   THE BANK OF NEW YORK MELLON FKA THE BANK OF
           NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
           CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   The Bank of New York Mellon et. al. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   The Bank Of New York Mellon FKA The Bank Of New
           York et al. paeb@fedphe.com
          JOSHUA I. GOLDMAN    on behalf of Creditor   The Bank Of New York Mellon FKA The Bank Of New York
           et al. Josh.Goldman@padgettlawgroup.com,  kevin.shatley@padgettlawgroup.com
          JOSHUA I. GOLDMAN    on behalf of Creditor   The Bank of New York Mellon et al...
           Josh.Goldman@padgettlawgroup.com,  kevin.shatley@padgettlawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor   The Bank of New York Mellon, as Trustee for Structured
           Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3
           cdigianantonio@rascrane.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com
          KYLE LAMAR BISHOP    on behalf of Defendant   UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov,
           eastern.taxcivil@usdoj.gov
          KYLE LAMAR BISHOP    on behalf of Creditor   United States on behalf of Internal Revenue Service
           kyle.l.bishop@usdoj.gov,  eastern.taxcivil@usdoj.gov
          MARIO J. HANYON    on behalf of Creditor   The Bank of New York Mellon FKA The Bank Of Newyork,
           etal paeb@fedphe.com
          MARTIN A. MOONEY    on behalf of Creditor   2005 Residential Trust 3-1 lgadomski@schillerknapp.com,
           kcollins@schillerknapp.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of
           New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee
           mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   The Bank of New York Mellon, as Trustee for
           Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates
           Series 2006-AR3 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com

District/off: 0313-2              User: DonnaR              Page 2 of 2              Date Rcvd: Aug 19, 2020
                                 Form ID: 212              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
           et al. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
           Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates
           Series 2006-AR3 bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured
           Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WAVERLEY  MADDEN    on behalf of Attorney Waverley  Madden maddenlaw@outlook.com,
           r63204@notify.bestcase.com
          WAVERLEY  MADDEN    on behalf of Debtor Diane  Turner maddenlaw@outlook.com,
           r63204@notify.bestcase.com
          WAVERLEY  MADDEN    on behalf of Plaintiff Diane  Turner maddenlaw@outlook.com,
           r63204@notify.bestcase.com
                                                                                      TOTAL: 30

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                      Chapter: 13

      Diane Turner

Debtor(s)                                                                   Case No: 15−12372−amc

_____

*ORDER*

AND NOW, 8/19/20 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

    ☐  A statement regarding completion of an instructional course concerning
    personal financial management, (Official Form B423) or a request for a waiver
    from such requirement.

    ☑  A certification regarding domestic support obligations and Section 522(q),
    (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy
Court