United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane Turner  
    Debtor

Case No. 15-12372-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　User: DonnaR　　Page 1 of 2　　Date Rcvd: Sep 01, 2020  
　　　　　　　　　　　　Form ID: 195　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.
```
db             +Diane Turner,    1060 Redtail Road,    Audubon, PA 19403-1841
tr             +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020　　　　　　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States on behalf of Internal Revenue Service
               anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              CHARLENE KELLER FULLMER    on behalf of Creditor    United States on behalf of Internal Revenue
               Service Charlene.Fullmer@usdoj.gov, deshayla.avant@usdoj.gov,caseview.ecf@usdoj.gov
              CHARLES GRIFFIN WOHLRAB    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               cwohlrab@rascrane.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              JENNIFER ROSE GORCHOW    on behalf of Creditor    The Bank of New York Mellon et. al.
               paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    BANK OF AMERICA, N.A. paeb@fedphe.com
              JENNIFER ROSE GORCHOW    on behalf of Defendant    THE BANK OF NEW YORK MELLON FKA THE BANK OF
               NEWYORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
               CERTIFICATE HOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING PROPERTY EQUI paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New
               York et al. paeb@fedphe.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York
               et al. Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et al...
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured
               Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3
               cdigianantonio@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KYLE LAMAR BISHOP    on behalf of Defendant    UNITED STATES OF AMERICA kyle.l.bishop@usdoj.gov,
               eastern.taxcivil@usdoj.gov
              KYLE LAMAR BISHOP    on behalf of Creditor    United States on behalf of Internal Revenue Service
               kyle.l.bishop@usdoj.gov, eastern.taxcivil@usdoj.gov
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank Of Newyork,
               etal paeb@fedphe.com
              MARTIN A. MOONEY    on behalf of Creditor    2005 Residential Trust 3-1 lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of
               New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
```

```
District/off: 0313-2            User: DonnaR                  Page 2 of 2                    Date Rcvd: Sep 01, 2020
                                Form ID: 195                  Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York et al. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Through Certificates Series 2006-AR3 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WAVERLEY  MADDEN    on behalf of Attorney Waverley  Madden maddenlaw@outlook.com, r63204@notify.bestcase.com
          WAVERLEY  MADDEN    on behalf of Debtor Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com
          WAVERLEY  MADDEN    on behalf of Plaintiff Diane  Turner maddenlaw@outlook.com, r63204@notify.bestcase.com

                                                                                                              TOTAL: 30

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Diane Turner : Case No. 15−12372−amc

       Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 1, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

200
Form 195